# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PROCTOR ANDREW YOUNG, | ) |
| | ) |
|       **Plaintiff,** | ) |
| | ) |
| v. | )    **Case No. CIV-14-465-RAW** |
| | ) |
| CITY OF IDABEL; | ) |
| MAYOR TINA FOSHEE-THOMAS, | ) |
| | ) |
|       **Defendants.** | ) |

## JUDGMENT

Pursuant to Rule 58 F.R.Cv.P. and the orders entered contemporaneously, judgment is hereby entered in favor of the defendants and against the plaintiff.

**ORDERED THIS 23rd DAY OF FEBRUARY, 2016.**

**Dated this 23rd day of February, 2016.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma