# IN THE UNITED STATES DISTRICT COURT IN THE EASTERN DISTRICT STATE OF OKLAHOMA

| | | |
|---|---|---|
| (1) PROCTOR ANDREW YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14-CV-465-RAW |
| | ) | |
| vs. | ) | |
| | ) | |
| (1) CITY OF IDABEL, | ) | |
| (2) MAYOR TINA FOSHEE-THOMAS, | ) | |
| in her Official and Individual | ) | |
| Capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Proctor Andrew Young, the Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Court's Order on February 23, 2016, entering Judgment in favor of the Defendant against the Plaintiff, Dkt. 75.

Respectfully Submitted,

SMOLEN, SMOLEN & ROYTMAN, PLLC

 /s/ Daniel E. Smolen
Daniel E. Smolen, OBA# 19943
Lauren G. Lambright, OBA# 22300
701 S. Cincinnati
Tulsa, OK  74119
Tel:  918-585-2667
Fax:  918-585-2669
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I certify that on March 23, 2016 I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Sean McKelvey, Clark Krapster and Mark Fields.

                                                            /s/ Daniel E. Smolen, OBA #19943